IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SCOTT FLOYD GONNERMAN,            )        Case No. 4:10CV3156
                                  )
              Plaintiff,          )
                                  )
      v.                          )              ORDER
                                  )
MICHAEL J. ASTRUE, COMMISSIONER   )
OF SOCIAL SECURITY ADMINISTRATION, )
                                  )
              Defendant.          )

     This matter is before the Court on its own motion.  This is an
action for judicial review of a final decision of the Secretary of
Health and Human Services.   Jurisdiction of this Court is pursuant to
42 U.S.C. § 405 (g).

     The Court notes that an answer and certified copy of the transcript
of the records have been filed.  Accordingly, this matter is ready for
decision, and the parties will be granted time to file supporting
briefs.

     IT IS ORDERED:

     1)  Plaintiff shall file a brief within thirty (30) days from the
date of this order;

     2)  Defendant shall respond within thirty (30) days thereafter.

     DATED this 2ND day of November, 2010.

                              BY THE COURT:


                              s/ Lyle E. Strom
                              United States District Judge