IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SCOTT FLOYD GONNERMAN,         )
                               )
               Plaintiff,      )         4:10CV3156
                               )
       v.                      )
                               )
MICHAEL J. ASTRUE,             )         ORDER
Commissioner of Social         )
Security Administration,       )
                               )
               Defendant.      )
_____)
```

       This matter is before the Court on defendant's motion for extension of time to respond to plaintiff's brief (Filing No. 13).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that defendant's motion it granted; defendant shall have until February 2, 2011, to file a response to plaintiff's brief.

       DATED this 4th day of January, 2011.

       BY THE COURT:

       /s/ Lyle E. Strom
       _____
       LYLE E. STROM, Senior Judge
       United States District Court