IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT FLOYD GONNERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3156 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's second motion for extension of time to respond to plaintiff's brief (Filing No. 15). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's second motion is granted; defendant shall have until March 4, 2011, to file a response to plaintiff's brief.

DATED this 10th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court