IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SCOTT FLOYD GONNERMAN,         )
                               )
          Plaintiff,           )         4:10CV3156
                               )
     v.                        )
                               )
MICHAEL J. ASTRUE,             )         ORDER
Commissioner of Social         )
Security Administration,       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file reply brief (Filing No. 18). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until April 15, 2011, to file his reply brief.

DATED this 14th day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court