IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT FLOYD GONNERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3156 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER AND JUDGMENT |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that the decision of the Commissioner of the Social Security Administration is affirmed; plaintiff's complaint is dismissed.

DATED this 1st day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court